UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:05-cr-017 |
| | ) | *Edgar* |
| KENDRICK COFFEE | ) | |

## MEMORANDUM AND ORDER

The United States Magistrate Judge granted a motion by defendant on August 22, 2005 [Court Doc. No. 19], and ordered that defendant Kendrick Coffee be committed to a Bureau of Prisons facility for the purpose of psychiatric evaluation pursuant to 18 U.S.C. §§ 4241, 4242, and 4247. A forensic evaluation was received by the Court and filed on December 19, 2005, from the Federal Medical Center, Lexington, Kentucky. A copy of the evaluation from Karen Milliner, Psy.D., Forensic Psychologist, as reviewed by Michael Helvey, Ph.D., Chief Psychologist, was provided to counsel.

A mental competency hearing before the District Judge was scheduled for February 6, 2006. On February 1, 2006, the defendant, through counsel, filed a waiver of his mental competency hearing pursuant to 18 U.S.C. § 4247(d) [Court Doc. No. 30]. Therefore, the hearing set at 3:30 PM on February 6, 2006, is **CANCELLED**.

Based on the court record, the Court **DETERMINES** that defendant Kendrick Coffee is not currently suffering from a mental disease or defect which renders him mentally

incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense. The Court **FURTHER DETERMINES** that the defendant should be able to participate in all courtroom activities and is currently competent to stand trial.

A separate discovery and scheduling order setting this matter for trial will be entered.

SO ORDERED.

ENTER this *2nd day of February, 2006*.


                               */s/ R. Allan Edgar*
                               R. ALLAN EDGAR
                               UNITED STATES DISTRICT JUDGE